# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cr-00666-SEP (DDN) |
| | ) | |
| TERRY BURKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge David D. Noce (Doc. [151]), filed August 29, 2022, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Oral Motion to Suppress Evidence (Doc. [39]) is **DENIED** without prejudice to being refiled at a time that Defendant is determined by the Court to be competent or such motion is filed on his behalf by appointed defense counsel.

**IT IS FURTHER ORDERED** that the Government's Oral Motion for a Determination by the Court of Admissibility of Arguably Suppressible Evidence (Doc. [40]) is **DENIED** without prejudice to being refiled at a time that Defendant is determined by the Court to be competent.

**IT IS FURTHER ORDERED** that Defendant's pro se Motion for Judgment of Acquittal (Doc. [132]) is **DENIED** without prejudice to being refiled at a time that Defendant is determined by the Court to be competent or such motion is filed on his behalf by appointed defense counsel.

**IT IS FURTHER ORDERED** that Defendant's pro se Motion to Suppress Evidence (Doc. [148]) is **DENIED** without prejudice to being refiled at a time that Defendant is determined by the Court to be competent or such motion is filed on his behalf by appointed defense counsel.

**IT IS FINALLY ORDERED** that Defendant's pro se Motion for A Speedy Trial (Doc. [149]) is **DENIED** without prejudice to being refiled at a time that Defendant is determined by the Court to be competent or such motion is filed on his behalf by appointed defense counsel.

Dated this 14th day of September, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE